IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DANIEL HALL, § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:19-cv-00296-ALM |
| § | |
| TRANSUNION INC. and WELLS FARGO § | |
| HOME MORTGAGE, § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LCC

Plaintiff Daniel Hall have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Daniel Hall against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

The Clerk is directed to terminate Defendant Trans Union LLC as a party to this case.

**IT IS SO ORDERED.**

SIGNED this 2nd day of October, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE