IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL HALL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:19-CV-00296-ALM |
| | § | |
| TRANS UNION, INC. AND | § | |
| WELLS FARGO HOME MORTGAGE, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Came on to be considered in the above-referenced matter, the Joint Motion to Dismiss With Prejudice (Dkt. #71) filed by Plaintiff Daniel Hall and Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. Upon consideration, the Court is of the opinion that the Motion is well-taken and should be and hereby is GRANTED.

It is therefore **ORDERED** that all claims asserted by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 29th day of April, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE